# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Heidi K. Albrecht, | )<br>) |
|        Plaintiff, | )   Case No. 2:15-cv-00084-GMN-GWF<br>) |
| vs. | )   **ORDER OF RECUSAL**<br>) |
| Clark County Fire Department, a Department of Clark County, Nevada; and DOES and ROES I through XX, inclusive, | )<br>)<br>)<br>) |
|        Defendants. | )<br>) |

      The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned.  Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

      Based on the foregoing and good cause appearing therefor,

      **IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

      **DATED** this 13th day of March, 2015.

                                                      GEORGE FOLEY, JR.
                                                      United States Magistrate Judge