MARGARET G. FOLEY, ESQ.
Nevada Bar No. 7703
Margaret.Foley@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile:  (702) 893-3789

*Attorneys for Defendant*
*CLARK COUNTY FIRE DEPARTMENT*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HEIDI K. ALBRECHT, | Case No. 2:15-cv-00084-GMN-VCF |
| Plaintiff, | |
| vs. | DEFENDANT CLARK COUNTY FIRE DEPARTMENT'S NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |
| CLARK COUNTY FIRE DEPARTMENT, a Department of Clark County, Nevada; and DOES and ROES I through XX, inclusive, | |
| Defendants. | **AND ORDER** |

COMES NOW, Defendant Clark County Fire Department, by and through its attorneys of record, Lewis Brisbois Bisgaard & Smith LLP and Margaret G. Foley, Esq., and hereby respectfully submits its Non-Opposition to Plaintiff's Motion for Leave to File an Amended Complaint.

Plaintiff's proposed Amended Complaint merely seeks to substitute "Clark County" for "Clark County Fire Department" as a Defendant in this matter, in accordance with the arguments raised in Defendant Clark County Fire Department's Motion to Dismiss and

/ / /

/ / /

/ / /

4817-7295-1842.1

1

Reply In Support of Motion to Dismiss [Dkt. Nos. 7, 13]. Therefore, Defendant Clark County Fire Department does not oppose the Amended Complaint.

DATED this 30th day of March, 2015.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
MARGARET G. FOLEY, ESQ.
Nevada Bar No. 7703
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
CLARK COUNTY FIRE DEPARTMENT

## ORDER

**THE COURT HAVING READ** Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 9), and Defendant's Non-Opposition to Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 14), and good cause appearing, hereby grants Plaintiff's Motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 9) is **GRANTED**. Plaintiff shall immediately file her Amended Complaint and serve Defendant with the same.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 7) is hereby **DENIED as moot**.

**DATED** this 6th day of April, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court



4817-7295-1842.1

2

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH, LLP, and that on the 30th day of March, 2015, I did cause a true copy of the foregoing **DEFENDANT CLARK COUNTY FIRE DEPARTMENT'S NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** to be served by placing a true and correct copy in the U.S. Mail, postage fully pre-paid, and via electronically mailing through LEWIS BRISBOIS BISGAARD & SMITH, LLP's electronic mail system to the e-mail addresses set forth below.

Heidi K. Albrecht
650 South Town Center Drive
Apt. #2010
Las Vegas, NV 89144
*Plaintiff in Proper Person*

By _____
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

4817-7295-1842.1

3